**WALKER et al. v. BOWLING.**

Court of Appeals of Kentucky.

May 29, 1953.

Isaac Turner, Hyden, for appellant.

Will C. Hoskins and Denver Adams, Hyden, for appellee.

PER CURIAM.

Motion for an appeal from the Leslie Circuit Court by appellant, Ralph Walker,

from a judgment in favor of appellee, Clay W. Bowling, for $400 damages arising out of a collision between two motor vehicles.

A consideration of the record discloses no error prejudicial to appellant's rights and the judgment is affirmed.